ACCEPTED
01-15-00161-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 4:02:01 PM
CHRISTOPHER PRINE
CLERK

# Kelly, Durham & Pittard, LLP

1005 Heights Boulevard • Houston, Texas 77008
Telephone: (713) 529-0048 • Facsimile: (713) 529-2498

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 4:02:01 PM
CHRISTOPHER A. PRINE
Clerk

November 23, 2015

*__Via Electronic Filing__*
Mr. Christopher A. Prine, Clerk
FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002

> Re: **Oral Argument**
> **Cause No. 01-15-00161-CV,** *Camillo Martinez o/b/o deceased, Yolanda Martinez v. Nabeel "Bill" Arafat d/b/a Texas Car Stereo*; **In the First Court of Appeals, Houston, Texas**

Dear Mr. Prine:

Peter M. Kelly will present oral argument on behalf of Appellant Camillo Martinez o/b/o deceased, Yolanda Martinez on December 2, 2015, at 1:30 p.m.

Sincerely,

/s/ Peter M. Kelly
Peter M. Kelly (00791011)
pkelly@texasappeals.com
*Attorney for Appellant*

PMK/ra

cc:

Robin N. Blanchete
Troy A. Williams
GERMER, PLLC
333 Clay St., Suite 4950
Houston, Texas 77002
713.739.7420 - facsimile
twilliams@germer.com
rblanchette@germer.com

Joseph M. Heard
HEARD & MEDACK, P.C.
9494 Southwest Freeway, Suite 700
Houston, Texas 77074
713.772.6495 - facsimile
jheard@heardmedackpc.com

*Counsel for Appellee*